# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2021

162380

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KAHLIL AARONSHABAZZ ELLISON,
    Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

SC: 162380
COA: 354787
Oakland CC: 2019-270074-FC

On order of the Court, the application for leave to appeal the October 28, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2021

b0322

Clerk